ISAAC GOLDWATER, Respondent, *v.* THE LIVERPOOL, LONDON
AND GLOBE INSURANCE COMPANY, Appellant.

(Argued March 1, 1888; decided March 20, 1888.)

APPEAL from order of the General Term of the Supreme
Court, in the fifth judicial department, made January 5, 1886,
which granted a motion to set aside a verdict, directed for
defendant, and for a new trial.

*George F. Yeoman* for appellant.

*William Nathaniel Cogswell* for respondent.

Agree to affirm on opinion below, and for judgment abso-
lute against the appellant on stipulation.
All concur.
Order affirmed and judgment accordingly.